IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE, | 2:09-cv-1350-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration (Doc. 11) of the Magistrate Judge's June 26, 2009, order.

      Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The June 26, 2009, order is, therefore, affirmed.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      The motion for reconsideration (Doc. 11) is denied;

///

1

2. The Magistrate Judge's June 26, 2009, order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

Dated: July 27, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge