# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE, | No. CIV S-09-1350-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TOM L. CAREY, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On May 2, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 2, 2011, are adopted in full;

2. Plaintiff's claims for due process violations relating to his prison disciplinary proceedings against all defendants are dismissed without prejudice;

3. Defendants Carey, Holden and Nuehring are dismissed from this action;

4. The Clerk of the Court is directed to terminate defendants LeGare, Schulke, Martinez, Knudsen, Jackson, Martin, Laundry, and CDCR Appeals Coordinator as defendants to this action as they are not named in plaintiff's third amended complaint; and

5. This action shall proceed against defendant Dickenson only, on plaintiff's claim for denial of access to the court.

Dated: July 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge